## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### (BID PROTEST)

| | | |
|---|---|---|
| ANDE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20-cv-01992 |
| v. | ) | Judge Campbell-Smith |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### MOTION TO INTERVENE BY BODE CELLMARK FORENSICS, INC.

Pursuant to Rule 24(a)(2) of the Rules of the United States Court of Federal Claims, Bode Cellmark Forensics, Inc. ("Bode"), by and through undersigned counsel, hereby moves to intervene as a party defendant in this matter. As the awardee of the contract that is at issue in this action, Bode should be permitted to intervene as of right as a defendant because it has a direct interest in relation to the property or transaction at issue here. Accordingly, Bode respectfully requests an order of this court permitting Bode to intervene as a party defendant in this case.

_____/s/_____

Stephanie D. Wilson
BERENZWEIG LEONARD LLP
8300 Greensboro Drive, Suite 1250
McLean, VA 22102
Telephone: 703-760-0485
Facsimile: 703-462-8674
Email: swilson@berenzweiglaw.com
*Lead Attorney for Bode Cellmark Forensics, Inc.*

*Of counsel:*
Terrence M. O'Connor
BERENZWEIG LEONARD LLP
8300 Greensboro Drive, Suite 1250
McLean, VA 22102
Email: toconnor@berenzweiglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2020, the foregoing Motion to Intervene by Bode Cellmark Forensics, Inc. was electronically filed with the Clerk of the United States Court of Federal Claims via the CM/ECF system.

/s/

Stephanie D. Wilson
*Counsel for Bode Cellmark Forensics, Inc.*
